# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

E$^3$ BIOFUELS, LLC,                 Case No. 1:12-mc-76
       Plaintiff,

                                 Spiegel, J.
       v.                              Litkovitz, M.J.

BIOTHANE CORPORATION and       **ORDER**
PERENNIAL ENERGY, INC.,
       Defendants.

This matter is before the Court following a telephonic status conference held on May 8, 2013, regarding information subpoenaed by petitioner Perennial Energy, Inc. (PEI) from non-party Katzen International, Inc. (Katzen).

Counsel for PEI advised the Court that it has filed a motion in the related Nebraska matter, *E$^3$ Biofuels, LLC v. Biothane, LLC and Perennial Energy, Inc.*, No. 8:11cv44 (D. Neb. 2011), seeking to include cross-claims against Katzen.  It was agreed that the parties will hold off on any further action regarding the instant subpoena until the Nebraska court enters a ruling on PEI's motion.  PEI is to advise the Court upon entry of a ruling on the motion.

**IT IS SO ORDERED.**

Date: _5/8/13_

                                       Karen L. Litkovitz
                                       United States Magistrate Judge